# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

WILLIAM KING, et al.        )
                                   )
      **Plaintiff,**        )
                                   )    **Case No.  05-0747-CV-W-DW**
      **vs.**            )
                                   )    **Judge Dean Whipple**
WAL-MART STORES EAST, INC. , )
et al.                           )
                                   )
      **Defendants.**      )

## ORDER APPROVING MINOR SETTLEMENT

Plaintiff William King, a minor child under the age of fourteen years, appears by and through his next friend and father, Patrick King, and his attorneys of record, The Horn Law Firm, P.C. Defendants appear by and through their attorneys, Brown & James, P.C.

Plaintiff, in open court, by and through his next friend, waives his right to a jury trial and submits a proposed settlement to the court for approval. Evidence having been heard and the court being fully advised of the premises, it is hereby ordered, and the court finds as follows:

1. Martha King and Patrick King are the parents of Plaintiff William King. Both have been appointed the next friend of William King.

2. The proposed settlement of Seventeen Thousand Two Hundred Ninety Six Dollars ($17,296.00) on behalf of William King is a fair and reasonable compromise of a disputed claim and is hereby approved.

3. The attorney's fees in the amount of Five Thousand Six Hundred Ten Dollars ($5,610.00) and the expenses in the amount of Nine Hundred Thirty-Five Dollars and Two Cents ($935.02) are fair and reasonable.

4. The settlement funds in the amount of Seventeen Thousand Two Hundred Ninety Six Dollars ($17,296.00) are to be paid as follows:

(a)    Ten Thousand Seven Hundred Fifty Dollars and Ninety-Eight Cents ($10,750.98) to an annuity purchased for the benefit of William King with periodic payments as follows:

Five Thousand Dollars ($5,000.00) annually beginning on August 1, 2021 (age 19) and payable for four years (four payments) guaranteed.  The last payment will be made on August 1, 2024.  A guaranteed lump sum payment in the amount of Seven Thousand Six Hundred Sixty-Four Dollars and Eighty Five Cents ($7,664.85) on September 6, 2027 (Age 25).

(b)    Six Thousand Five Hundred Forty-Five Dollars and Two Cents ($6,545.02) to The Horn Law Firm, P.C., the plaintiff's attorney, for attorney's fees in the amount of Five Thousand Six Hundred Ten Dollars ($5,610.00) and expenses in the amount of Nine Hundred Thirty-Five Dollars and Two Centers ($935.02).

5.    Patrick King and Martha King, as next friends and natural father and mother of William King, are hereby authorized and ordered to execute a Release, acknowledge satisfaction of payment, and release all claims the minor plaintiff may have against the defendants.

6.    The Court hereby approves the defendant's purchase of a structured settlement annuity on behalf of the plaintiff from Prudential Life Insurance Company of America.

**IT IS SO ORDERED**.


Dated: November 23, 2005                    /s/ DEAN WHIPPLE
                                            The Honorable Dean Whipple
                                            U. S. District Court Judge

CC:    Laurie Del Percio
       James B. James